NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MATTHEW D. RYBOLT,                          )
                                            )
              Appellant,                    )
                                            )
v.                                          )       Case No. 2D17-3241
                                            )
STATE OF FLORIDA,                           )
                                            )
              Appellee.                     )
_____ )

Opinion filed May 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.


PER CURIAM.


              Affirmed.


KELLY, VILLANTI, and BADALAMENTI, JJ., Concur.